

**PENN NATIONAL INSURANCE**

Pennsylvania National Mutual Casualty Insurance Company
Penn National Security Insurance Company
P.O. Box 2361 • Harrisburg, PA 17105

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS
OCCURRENCE POLICY
RENEWAL OF CL9 0082936

NON-ASSESSABLE   **THIS POLICY IS SUBJECT TO A GENERAL AGGREGATE LIMIT**

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN | AGENCY | BR |
|---|---|---|---|---|---|
| CL9 0082936 | 11/23/03 | 11/23/04 | PA NATIONAL MUTUAL CAS INS CO | 0007603 | 95 |

| NAMED INSURED AND ADDRESS | AGENCY |
|---|---|
| KYM INDUSTRIES INC<br>207 SMITH ROAD<br>SLOCOMB AL 36375 | FLOWERS INS AGCY LLC<br>PO BOX 368<br>DOTHAN AL 36302 |

POLICY PERIOD:   POLICY COVERS FROM:   12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE INSURED STATED ABOVE.
FORM OF BUSINESS: **CORPORATION**   BUSINESS DESCRIPTION: **MFG. COVERS FOR TRUCKS**

IN RETURN FOR PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit (Other than products – completed operations) | $ 2,000,000 |
| Products – Completed Operations Aggregate Limit | $ 1,000,000 |
| Personal and Advertising Injury Limit – Any one person or organization | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage to Premises Rented to you Limit – Any one premises | $ 100,000 |
| Medical Expense Limit – Any one person | $ 5,000 |

### PREMIUM INFORMATION

PREMISES NO.   1 :   207 SMITH ROAD
                      SLOCOMB AL  36375

**EXHIBIT E**

| CODE | PREMIUM BASIS | PER | RATES PREMS/OPS | PRODUCTS | ADVANCE PREMIUM PREMS/OPS | PRODUCTS |
|---|---|---|---|---|---|---|
| 59713 | 1,716,249 GROSS SALES | 1000 | VARIOUS | VARIOUS | INCLUDED | INCLUDED |

TENT OR CANOPY MFG.

~~TOTAL ADVANCE PREMIUM FOR THIS COVERAGE PART~~

FORMS APPLICABLE TO THIS COVERAGE PART:
CG2161  04/98    710543  05/00    CG2150  09/89    710546  01/94
710680  07/02    710988  07/02    CG2147  07/98    CG0001  10/01
711061  02/03    CG2170  11/02    711043  01/03    710948  01/03
CG2176  11/02                     711081  07/03    CG0062  12/02

| COMPANY USE ONLY | | | | | |
|---|---|---|---|---|---|
| RISK TYPE | RISK CLASS | TMC | SIC CODE | REINSURANCE | UND. TEAM |
| 3 | 2 | 99 | 2394 | N | 081 |

COUNTERSIGNED BY: _____
                   Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S), AND FORMS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

71 0029 0500                        BRANCH                        ISSUED 10/23/03



**PENN NATIONAL INSURANCE**

Pennsylvania National Mutual Casualty Insurance Company
Penn National Security Insurance Company
P.O. Box 2361 • Harrisburg, PA 17105

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS
OCCURRENCE POLICY
RENEWAL OF CL9 0082936

NON-ASSESSABLE  **THIS POLICY IS SUBJECT TO A GENERAL AGGREGATE LIMIT**

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN | AGENCY | BR |
|---|---|---|---|---|---|
| CL9 0082936 | 11/23/03 | 11/23/04 | PA NATIONAL MUTUAL CAS INS CO | 00076039 | 5 |

| NAMED INSURED AND ADDRESS | AGENCY |
|---|---|
| KYM INDUSTRIES INC<br>207 SMITH ROAD<br>SLOCOMB  AL  36375 | FLOWERS INS AGCY LLC<br>PO BOX 368<br>DOTHAN  AL  36302 |

POLICY PERIOD:  POLICY COVERS FROM:  12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE INSURED STATED ABOVE.
FORM OF BUSINESS: CORPORATION     BUSINESS DESCRIPTION: MFG. COVERS FOR TRUCKS

IN RETURN FOR PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit (Other than products – completed operations) | $ 2,000,000 |
| Products – Completed Operations Aggregate Limit | $ 1,000,000 |
| Personal and Advertising Injury Limit – Any one person or organization | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage to Premises Rented to you Limit – Any one premises | $ 100,000 |
| Medical Expense Limit – Any one person | $ 5,000 |

### PREMIUM INFORMATION

PREMISES NO.   1 :  207 SMITH ROAD
                    SLOCOMB AL  36375

**EXHIBIT E**

| CODE | PREMIUM BASIS | PER | RATES PREMS/OPS | PRODUCTS | ADVANCE PREMIUM PREMS/OPS | PRODUCTS |
|---|---|---|---|---|---|---|
| 59713 | 1,716,249 GROSS SALES | 1000 | VARIOUS | VARIOUS | INCLUDED | INCLUDED |

TENT OR CANOPY MFG.

TOTAL ADVANCE PREMIUM FOR THIS COVERAGE PART        $4,580.00

```
FORMS APPLICABLE TO THIS COVERAGE PART:
CG2161   04/98        710543  05/00        CG2150  09/89        710546  01/94
710680   07/02        710988  07/02        CG2147  07/98        CG0001  10/01
711061   02/03        CG2170  11/02        711043  01/03        710948  01/03
CG2176   11/02                              711081  07/03        CG0062  12/02
```

| COMPANY USE ONLY | | | | | | |
|---|---|---|---|---|---|---|
| RISK TYPE | RISK CLASS | TMC | SIC CODE | REINSURANCE | UND. TEAM | |
| 3 | 2 | 99 | 2394 | N | 081 | |

COUNTERSIGNED BY: _____
                                    Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S), AND FORMS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

71 0029 0500                              BRANCH                        ISSUED 10/23/03



**PENN NATIONAL INSURANCE**
Pennsylvania National Mutual Casualty Insurance Company
Penn National Security Insurance Company
P.O. Box 2361 • Harrisburg, PA 17105

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS
OCCURRENCE POLICY
RENEWAL OF CL9 0082936

NON-ASSESSABLE  **THIS POLICY IS SUBJECT TO A GENERAL AGGREGATE LIMIT**

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN | AGENCY | BR |
|---|---|---|---|---|---|
| CL9 0082936 | 11/23/03 | 11/23/04 | PA NATIONAL MUTUAL CAS INS CO | 0007603 | 95 |

| NAMED INSURED AND ADDRESS | AGENCY |
|---|---|
| KYM INDUSTRIES INC<br>207 SMITH ROAD<br>SLOCOMB  AL  36375 | FLOWERS INS AGCY LLC<br>PO BOX 368<br>DOTHAN  AL  36302 |

POLICY PERIOD:   POLICY COVERS FROM:   12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE INSURED STATED ABOVE.
FORM OF BUSINESS: **CORPORATION**       BUSINESS DESCRIPTION: **MFG. COVERS FOR TRUCKS**

IN RETURN FOR PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| General Aggregate Limit (Other than products – completed operations) | $ | 2,000,000 |
| Products – Completed Operations Aggregate Limit | $ | 1,000,000 |
| Personal and Advertising Injury Limit – Any one person or organization | $ | 1,000,000 |
| Each Occurrence Limit | $ | 1,000,000 |
| Damage to Premises Rented to you  Limit – Any one premises | $ | 100,000 |
| Medical Expense Limit – Any one person | $ | 5,000 |

### PREMIUM INFORMATION

PREMISES NO.   1 :  207 SMITH ROAD
                    SLOCOMB AL  36375

**EXHIBIT E**

| CODE | PREMIUM BASIS | PER | RATES PREMS/OPS | PRODUCTS | ADVANCE PREMIUM PREMS/OPS | PRODUCTS |
|---|---|---|---|---|---|---|
| 59713 | 1,716,249 GROSS SALES | 1000 | VARIOUS | VARIOUS | INCLUDED | INCLUDED |

TENT OR CANOPY MFG.

TOTAL ADVANCE PREMIUM FOR THIS COVERAGE PART        14,167.00

FORMS APPLICABLE TO THIS COVERAGE PART:
| | | | | | |
|---|---|---|---|---|---|
| CG2161 | 04/98 | 710543 | 05/00 | CG2150 | 09/89 | 710546 | 01/94 |
| 710680 | 07/02 | 710988 | 07/02 | CG2147 | 07/98 | CG0001 | 10/01 |
| 711061 | 02/03 | CG2170 | 11/02 | 711043 | 01/03 | 710948 | 01/03 |
| CG2176 | 11/02 | | | 711081 | 07/03 | CG0062 | 12/02 |

| COMPANY USE ONLY | | | | | |
|---|---|---|---|---|---|
| RISK TYPE | RISK CLASS | TMC | SIC CODE | REINSURANCE | UND. TEAM |
| 3 | 2 | 99 | 2394 | N | 081 |

COUNTERSIGNED BY: _____
                                Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S), AND FORMS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

71 0029 0500                          BRANCH                          ISSUED 10/23/03



**PENN NATIONAL INSURANCE**
Pennsylvania National Mutual Casualty Insurance Company
Penn National Security Insurance Company
P.O. Box 2361 • Harrisburg, PA 17105

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS
OCCURRENCE POLICY
RENEWAL OF CL9 0082936

NON-ASSESSABLE  **THIS POLICY IS SUBJECT TO A GENERAL AGGREGATE LIMIT**

| POLICY NUMBER | POLICY PERIOD FROM | POLICY PERIOD TO | COVERAGE IS PROVIDED IN | AGENCY | BR |
|---|---|---|---|---|---|
| CL9 0082936 | 11/23/03 | 11/23/04 | PA NATIONAL MUTUAL CAS INS CO | 0007603 | 95 |

| NAMED INSURED AND ADDRESS | AGENCY |
|---|---|
| KYM INDUSTRIES INC<br>207 SMITH ROAD<br>SLOCOMB AL 36375 | FLOWERS INS AGCY LLC<br>PO BOX 368<br>DOTHAN AL 36302 |

POLICY PERIOD: POLICY COVERS FROM: 12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE INSURED STATED ABOVE.
FORM OF BUSINESS: CORPORATION    BUSINESS DESCRIPTION: MFG. COVERS FOR TRUCKS

IN RETURN FOR PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit (Other than products — completed operations) | $ 2,000,000 |
| Products — Completed Operations Aggregate Limit | $ 1,000,000 |
| Personal and Advertising Injury Limit — Any one person or organization | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage to Premises Rented to you Limit — Any one premises | $ 100,000 |
| Medical Expense Limit — Any one person | $ 5,000 |

### PREMIUM INFORMATION

PREMISES NO. 1 : 207 SMITH ROAD
              SLOCOMB AL 36375

EXHIBIT E

| CODE | PREMIUM BASIS | PER | RATES PREMS/OPS | PRODUCTS | ADVANCE PREMIUM PREMS/OPS | PRODUCTS |
|---|---|---|---|---|---|---|
| 59713 | 1,716,249 GROSS SALES | 1000 | VARIOUS | VARIOUS | INCLUDED | INCLUDED |

TENT OR CANOPY MFG.

TOTAL ADVANCE PREMIUM FOR THIS COVERAGE PART

FORMS APPLICABLE TO THIS COVERAGE PART:
CG2161  04/98       710543  05/00       CG2150  09/89       710546  01/94
710680  07/02       710988  07/02       CG2147  07/98       CG0001  10/01
711061  02/03       CG2170  11/02       711043  01/03       710948  01/03
CG2176  11/02                           711081  07/03       CG0062  12/02

| COMPANY USE ONLY | | | | | |
|---|---|---|---|---|---|
| RISK TYPE | RISK CLASS | TMC | SIC CODE | REINSURANCE | UND. TEAM |
| 3 | 2 | 99 | 2394 | N | 081 |

COUNTERSIGNED BY: _____
                        Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S), AND FORMS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

71 0029 0500                    BRANCH                    ISSUED 10/23/03