**PENN NATIONAL INSURANCE**

Pennsylvania National Mutual Casualty Insurance Company
Penn National Security Insurance Company
P.O. Box 2361 • Harrisburg, PA 17105

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS
OCCURRENCE POLICY
RENEWAL OF CL9 0082936

NON-ASSESSABLE

# THIS POLICY IS SUBJECT TO A GENERAL AGGREGATE LIMIT

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN | AGENCY | BR |
|---|---|---|---|---|---|
| CL9 0082936 | 11/23/04 | 11/23/05 | PA NATIONAL MUTUAL CAS INS CO | 0007603 | 95 |

| NAMED INSURED AND ADDRESS | AGENCY |
|---|---|
| KYM INDUSTRIES INC<br>207 SMITH ROAD<br>SLOCOMB AL 36375 | FLOWERS INS AGCY LLC<br>PO BOX 368<br>DOTHAN AL 36302 |

POLICY PERIOD:    POLICY COVERS FROM:   12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE INSURED STATED ABOVE.
FORM OF BUSINESS: CORPORATION            BUSINESS DESCRIPTION: MFG. COVERS FOR TRUCKS

IN RETURN FOR PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit (Other than products – completed operations) | $ 2,000,000 |
| Products – Completed Operations Aggregate Limit | $ 1,000,000 |
| Personal and Advertising Injury Limit – Any one person or organization | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage to Premises Rented to you  Limit – Any one premises | $ 100,000 |
| Medical Expense Limit – Any one person | $ 5,000 |

## PREMIUM INFORMATION

PREMISES NO.     1 : 207 SMITH ROAD
                    SLOCOMB AL  36375

EXHIBIT
F
tabbies

| | | | RATES | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| CODE | PREMIUM BASIS | PER | PREMS/OPS | PRODUCTS | PREMS/OPS | PRODUCTS |
| 59713 | 1,716,249 GROSS SALES | 1000 | VARIOUS | VARIOUS | INCLUDED | INCLUDED |

TENT OR CANOPY MFG.

FORMS APPLICABLE TO THIS COVERAGE PART:

| | | | | | |
|---|---|---|---|---|---|
| CG2161 | 04/98 | 710543 | 05/00 | CG2150 | 09/89 | 710546 | 01/94 |
| 710680 | 07/02 | 710988 | 07/02 | CG2147 | 07/98 | CG0001 | 10/01 |
| 711061 | 02/03 | CG2170 | 11/02 | 711043 | 01/03 | 710948 | 01/03 |
| 711106 | 01/04 | | | CG0062 | 12/02 | CG2176 | 11/02 |

COMPANY USE ONLY

| RISK TYPE | RISK CLASS | TMC | SIC CODE | REINSURANCE | UND. TEAM |
|---|---|---|---|---|---|
| 3 | 2 | 99 | 2394 | N | 081 |

COUNTERSIGNED BY: _____
                                    Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S), AND FORMS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

71 0029 0500                              BRANCH                ISSUED 11/09/04

**PENN NATIONAL** INSURANCE

Pennsylvania National Mutual Casualty Insurance Company
Penn National Security Insurance Company
P.O. Box 2361 • Harrisburg, PA 17105

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS
OCCURRENCE POLICY
RENEWAL OF CL9 0082936

NON-ASSESSABLE

# THIS POLICY IS SUBJECT TO A GENERAL AGGREGATE LIMIT

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN | AGENCY | BR |
|---|---|---|---|---|---|
| CL9 0082936 | 11/23/04 | 11/23/05 | PA NATIONAL MUTUAL CAS INS CO | 0007603 | 95 |

| NAMED INSURED AND ADDRESS | AGENCY |
|---|---|
| KYM INDUSTRIES INC<br>207 SMITH ROAD<br>SLOCOMB  AL  36375 | FLOWERS INS AGCY LLC<br>PO BOX 368<br>DOTHAN  AL  36302 |

POLICY PERIOD:  POLICY COVERS FROM:  12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE INSURED STATED ABOVE.

FORM OF BUSINESS: CORPORATION          BUSINESS DESCRIPTION: MFG. COVERS FOR TRUCKS

IN RETURN FOR PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| General Aggregate Limit (Other than products – completed operations) | $ | 2,000,000 |
| Products – Completed Operations Aggregate Limit | $ | 1,000,000 |
| Personal and Advertising Injury Limit – Any one person or organization | $ | 1,000,000 |
| Each Occurrence Limit | $ | 1,000,000 |
| Damage to Premises Rented to you  Limit – Any one premises | $ | 100,000 |
| Medical Expense Limit – Any one person | $ | 5,000 |

### PREMIUM INFORMATION

PREMISES NO.    1 : 207 SMITH ROAD
                    SLOCOMB AL  36375

**EXHIBIT**

tabbies'

F

| CODE | PREMIUM BASIS | PER | RATES PREMS/OPS | PRODUCTS | ADVANCE PREMIUM PREMS/OPS | PRODUCTS |
|---|---|---|---|---|---|---|
| 59713 | 1,716,249 GROSS SALES | 1000 | VARIOUS | VARIOUS | INCLUDED | INCLUDED |

TENT OR CANOPY MFG.

TOTAL ADVANCE PREMIUM FOR THIS COVERAGE PART

| FORMS APPLICABLE TO THIS COVERAGE PART: | | | |
|---|---|---|---|
| CG2161 04/98 | 710543 05/00 | CG2150 09/89 | 710546 01/94 |
| 710680 07/02 | 710988 07/02 | CG2147 07/98 | CG0001 10/01 |
| 711061 02/03 | CG2170 11/02 | 711043 01/03 | 710948 01/03 |
| 711106 01/04 | | CG0062 12/02 | CG2176 11/02 |

| COMPANY USE ONLY | | | | | |
|---|---|---|---|---|---|
| RISK TYPE | RISK CLASS | TMC | SIC CODE | REINSURANCE | UND. TEAM |
| 3 | 2 | 99 | 2394 | N | 081 |

COUNTERSIGNED BY: _____
Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S), AND FORMS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

71 0029 0500                    BRANCH          ISSUED 11/09/04

**PENN NATIONAL**
INSURANCE

Pennsylvania National Mutual Casualty Insurance Company
Penn National Security Insurance Company
P.O. Box 2361 · Harrisburg, PA 17105

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS
OCCURRENCE POLICY
RENEWAL OF CL9 0082936

NON-ASSESSABLE   # THIS POLICY IS SUBJECT TO A GENERAL AGGREGATE LIMIT

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN | AGENCY | BR |
|---|---|---|---|---|---|
| CL9 0082936 | 11/23/04 | 11/23/05 | PA NATIONAL MUTUAL CAS INS CO | 0007603 | 95 |

| NAMED INSURED AND ADDRESS | AGENCY |
|---|---|
| KYM INDUSTRIES INC<br>207 SMITH ROAD<br>SLOCOMB  AL  36375 | FLOWERS INS AGCY LLC<br>PO BOX 368<br>DOTHAN  AL  36302 |

POLICY PERIOD:   POLICY COVERS FROM:   12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE INSURED STATED ABOVE.
FORM OF BUSINESS: CORPORATION          BUSINESS DESCRIPTION: MFG. COVERS FOR TRUCKS

IN RETURN FOR PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit (Other than products – completed operations) | $ 2,000,000 |
| Products – Completed Operations Aggregate Limit | $ 1,000,000 |
| Personal and Advertising Injury Limit – Any one person or organization | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage to Premises Rented to you  Limit – Any one premises | $ 100,000 |
| Medical Expense Limit – Any one person | $ 5,000 |

## PREMIUM INFORMATION

PREMISES NO.      1 :  207 SMITH ROAD
                       SLOCOMB AL   36375

EXHIBIT
F

| | | | RATES | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| CODE | PREMIUM BASIS | PER | PREMS/OPS | PRODUCTS | PREMS/OPS | PRODUCTS |
| 59713 | 1,716,249 GROSS SALES | 1000 | VARIOUS | VARIOUS | INCLUDED | INCLUDED |

TENT OR CANOPY MFG.

TOTAL ADVANCE PREMIUM FOR THIS COVERAGE PART

FORMS APPLICABLE TO THIS COVERAGE PART:

| | | | | | |
|---|---|---|---|---|---|
| CG2161 | 04/98 | 710543 | 05/00 | CG2150 | 09/89 | 710546 | 01/94 |
| 710680 | 07/02 | 710988 | 07/02 | CG2147 | 07/98 | CG0001 | 10/01 |
| 711061 | 02/03 | CG2170 | 11/02 | 711043 | 01/03 | 710948 | 01/03 |
| 711106 | 01/04 | | | CG0062 | 12/02 | CG2176 | 11/02 |

| COMPANY USE ONLY | | | | | |
|---|---|---|---|---|---|
| RISK TYPE | RISK CLASS | TMC | SIC CODE | REINSURANCE | UND. TEAM |
| 3 | 2 | 99 | 2394 | N | 081 |

COUNTERSIGNED BY: _____
                        Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S), AND FORMS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

71 0029 0500                              BRANCH              ISSUED 11/09/04



**PENN NATIONAL**
INSURANCE

Pennsylvania National Mutual Casualty Insurance Company
Penn National Security Insurance Company
P.O. Box 2361 • Harrisburg, PA 17105

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS
OCCURRENCE POLICY
RENEWAL OF CL9 0082936

NON-ASSESSABLE

# THIS POLICY IS SUBJECT TO A GENERAL AGGREGATE LIMIT

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN | AGENCY | BR |
|---|---|---|---|---|---|
| CL9 0082936 | 11/23/04 | 11/23/05 | PA NATIONAL MUTUAL CAS INS CO | 0007603 | 95 |

| NAMED INSURED AND ADDRESS | AGENCY |
|---|---|
| KYM INDUSTRIES INC<br>207 SMITH ROAD<br>SLOCOMB  AL  36375 | FLOWERS INS AGCY LLC<br>PO BOX 368<br>DOTHAN  AL  36302 |

POLICY PERIOD:   POLICY COVERS FROM:   12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE INSURED STATED ABOVE.
FORM OF BUSINESS: CORPORATION          BUSINESS DESCRIPTION: MFG. COVERS FOR TRUCKS

IN RETURN FOR PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit (Other than products – completed operations) | $ 2,000,000 |
| Products – Completed Operations Aggregate Limit | $ 1,000,000 |
| Personal and Advertising Injury Limit – Any one person or organization | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage to Premises Rented to you  Limit – Any one premises | $ 100,000 |
| Medical Expense Limit – Any one person | $ 5,000 |

## PREMIUM INFORMATION

PREMISES NO.    1 : 207 SMITH ROAD
                    SLOCOMB AL   36375

**EXHIBIT**
tabbies'
F

| | | | RATES | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| CODE | PREMIUM BASIS | PER | PREMS/OPS | PRODUCTS | PREMS/OPS | PRODUCTS |
| 59713 | 1,716,249 GROSS SALES | 1000 | VARIOUS | VARIOUS | INCLUDED | INCLUDED |

TENT OR CANOPY MFG.

TOTAL ADVANCE PREMIUM FOR THIS COVERAGE PART

FORMS APPLICABLE TO THIS COVERAGE PART:

| | | | | | |
|---|---|---|---|---|---|
| CG2161 | 04/98 | 710543 | 05/00 | CG2150 | 09/89 | 710546 | 01/94 |
| 710680 | 07/02 | 710988 | 07/02 | CG2147 | 07/98 | CG0001 | 10/01 |
| 711061 | 02/03 | CG2170 | 11/02 | 711043 | 01/03 | 710948 | 01/03 |
| 711106 | 01/04 | | | CG0062 | 12/02 | CG2176 | 11/02 |

| | COMPANY USE ONLY | | | | |
|---|---|---|---|---|---|
| RISK TYPE | RISK CLASS | TMC | SIC CODE | REINSURANCE | UND. TEAM |
| 3 | 2 | 99 | 2394 | N | 081 |

COUNTERSIGNED BY: _____
                              Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S), AND FORMS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

71 0029 0500                    BRANCH                    ISSUED 11/09/04