Pennsylvania

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dennis Wilson
   c/o Joseph A. Morris, Esq.
   Morris, Cary, Andrews, Talmadge
   3334 Ross Clark Circle
   Dothan, AL 36303

1:05CV951  Cmp + summ 20 dys

2. Article Number
   (Transfer from service label)
   7003 1010 0001 8624 4038

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Heather [illegible]_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Heather Pelusi   10-13-5

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509