**PENN NATIONAL INSURANCE**

Pennsylvania National Mutual Casualty Insurance Company
Penn National Security Insurance Company
P.O. Box 2361 • Harrisburg, PA 17105

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS
OCCURRENCE POLICY
RENEWAL OF CL9 0082936

NON-ASSESSABLE

## THIS POLICY IS SUBJECT TO A GENERAL AGGREGATE LIMIT

| POLICY NUMBER | POLICY PERIOD FROM | POLICY PERIOD TO | COVERAGE IS PROVIDED IN | AGENCY | BR |
|---|---|---|---|---|---|
| CL9 0082936 | 11/23/01 | 11/23/02 | PA NATIONAL MUTUAL CAS INS CO | 0007603 | 95 |

| NAMED INSURED AND ADDRESS | AGENCY |
|---|---|
| KYM INDUSTRIES INC<br>PO BOX 635<br>ASHFORD   AL   36312 | FLOWERS INS AGCY LLC<br>PO BOX 368<br>DOTHAN   AL   36302 |

POLICY PERIOD:   POLICY COVERS FROM:   12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE INSURED STATED ABOVE.
FORM OF BUSINESS: **CORPORATION**    BUSINESS DESCRIPTION: **MFG. COVERS FOR TRUCKS**

IN RETURN FOR PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### LIMITS OF INSURANCE

| | |
|---|---:|
| General Aggregate Limit (Other than products - completed operations) | $ 2,000,000 |
| Products - Completed Operations Aggregate Limit | $ 1,000,000 |
| Personal and Advertising Injury Limit - Any one person or organization | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage to Premises Rented to you Limit - Any one premises | $ 100,000 |
| Medical Expense Limit - Any one person | $ 5,000 |

### PREMIUM INFORMATION

PREMISES NO.   1 : 814 6TH AVENUE
                   ASHFORD, HOUSTON CO   36312

| | | | RATES | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| CODE | PREMIUM BASIS | PER | PREMS/OPS | PRODUCTS | PREMS/OPS | PRODUCTS |
| 59713 | 1,200,000 GROSS SALES | 1000 | VARIOUS | VARIOUS | INCLUDED | INCLUDED |

TENT OR CANOPY MFG.

**TOTAL ADVANCE PREMIUM FOR THIS COVERAGE PART         $2,402.00**

| FORMS APPLICABLE TO THIS COVERAGE PART: | | | |
|---|---|---|---|
| CG2161  04/98 | CG0001  07/98 | CG2150  09/89 | 710546  01/94 |
| 710680  05/00 | 710905  05/00 | 710543  05/00 | CG2147  07/98 |

COMPANY USE ONLY

| RISK TYPE | RISK CLASS | TMC | SIC CODE | REINSURANCE | UND. TEAM |
|---|---|---|---|---|---|
| 3 | 2 | 99 | 2394 | N | 081 |

COUNTERSIGNED BY: _____
                                    Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S), AND FORMS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

71 0029 0500                                              BRANCH                          ISSUED 12/21/01