**PENN NATIONAL INSURANCE**

Pennsylvania National Mutual Casualty Insurance Company
Penn National Security Insurance Company
P.O. Box 2361 • Harrisburg, PA 17105

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS
OCCURRENCE POLICY
RENEWAL OF CL9 0082936

NON-ASSESSABLE

## THIS POLICY IS SUBJECT TO A GENERAL AGGREGATE LIMIT

| POLICY NUMBER | POLICY PERIOD FROM | POLICY PERIOD TO | COVERAGE IS PROVIDED IN | AGENCY | BR |
|---|---|---|---|---|---|
| CL9 0082936 | 11/23/03 | 11/23/04 | PA NATIONAL MUTUAL CAS INS CO | 0007603 | 95 |

| NAMED INSURED AND ADDRESS | AGENCY |
|---|---|
| KYM INDUSTRIES INC<br>207 SMITH ROAD<br>SLOCOMB   AL   36375 | FLOWERS INS AGCY LLC<br>PO BOX 368<br>DOTHAN   AL   36302 |

POLICY PERIOD:   POLICY COVERS FROM:   12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE INSURED STATED ABOVE.
FORM OF BUSINESS: CORPORATION          BUSINESS DESCRIPTION: MFG. COVERS FOR TRUCKS

IN RETURN FOR PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit (Other than products - completed operations) | $ 2,000,000 |
| Products - Completed Operations Aggregate Limit | $ 1,000,000 |
| Personal and Advertising Injury Limit - Any one person or organization | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage to Premises Rented to you  Limit - Any one premises | $ 100,000 |
| Medical Expense Limit - Any one person | $ 5,000 |

### PREMIUM INFORMATION

PREMISES NO.   1 : 207 SMITH ROAD
                   SLOCOMB AL   36375

| CODE | PREMIUM BASIS | PER | RATES PREMS/OPS | RATES PRODUCTS | ADVANCE PREMIUM PREMS/OPS | ADVANCE PREMIUM PRODUCTS |
|---|---|---|---|---|---|---|
| 59713 | 1,716,249 GROSS SALES | 1000 | VARIOUS | VARIOUS | INCLUDED | INCLUDED |

TENT OR CANOPY MFG.

TOTAL ADVANCE PREMIUM FOR THIS COVERAGE PART     $ [illegible]

FORMS APPLICABLE TO THIS COVERAGE PART:
| | | | |
|---|---|---|---|
| CG2161  04/98 | 710543  05/00 | CG2150  09/89 | 710546  01/94 |
| 710680  07/02 | 710988  07/02 | CG2147  07/98 | CG0001  10/01 |
| 711061  02/03 | CG2170  11/02 | 711043  01/03 | 710948  01/03 |
| CG2176  11/02 | | 711081  07/03 | CG0062  12/02 |

COMPANY USE ONLY

| RISK TYPE | RISK CLASS | TMC | SIC CODE | REINSURANCE | UND. TEAM |
|---|---|---|---|---|---|
| 3 | 2 | 99 | 2394 | N | 081 |

COUNTERSIGNED BY: _____
                              Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S), AND FORMS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

71 0029 0500                                    BRANCH                    ISSUED 10/23/03