

**PENN NATIONAL INSURANCE**

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS
OCCURRENCE POLICY
RENEWAL OF CL9 0082936

Pennsylvania National Mutual Casualty Insurance Company
Penn National Security Insurance Company
P.O. Box 2361 • Harrisburg, PA 17105

NON-ASSESSABLE    **THIS POLICY IS SUBJECT TO A GENERAL AGGREGATE LIMIT**

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN | AGENCY | BR |
|---|---|---|---|---|---|
| CL9 0082936 | 11/23/04 | 11/23/05 | PA NATIONAL MUTUAL CAS INS CO | 0007603 | 95 |

| NAMED INSURED AND ADDRESS | AGENCY |
|---|---|
| KYM INDUSTRIES INC<br>207 SMITH ROAD<br>SLOCOMB   AL   36375 | FLOWERS INS AGCY LLC<br>PO BOX 368<br>DOTHAN   AL   36302 |

POLICY PERIOD:   POLICY COVERS FROM:   12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE INSURED STATED ABOVE.
FORM OF BUSINESS: **CORPORATION**        BUSINESS DESCRIPTION: **MFG. COVERS FOR TRUCKS**

IN RETURN FOR PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit (Other than products - completed operations) | $ 2,000,000 |
| Products - Completed Operations Aggregate Limit | $ 1,000,000 |
| Personal and Advertising Injury Limit - Any one person or organization | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage to Premises Rented to you  Limit - Any one premises | $ 100,000 |
| Medical Expense Limit - Any one person | $ 5,000 |

### PREMIUM INFORMATION

PREMISES NO.   1 :  207 SMITH ROAD
                    SLOCOMB AL   36375

| CODE | PREMIUM BASIS | PER | RATES PREMS/OPS | PRODUCTS | ADVANCE PREMIUM PREMS/OPS | PRODUCTS |
|---|---|---|---|---|---|---|
| 59713 | 1,716,249 GROSS SALES | 1000 | VARIOUS | VARIOUS | INCLUDED | INCLUDED |

TENT OR CANOPY MFG.

TOTAL ADVANCE PREMIUM FOR THIS COVERAGE PART  $  [illegible]

FORMS APPLICABLE TO THIS COVERAGE PART:
| | | | | | |
|---|---|---|---|---|---|
| CG2161 | 04/98 | 710543 | 05/00 | CG2150 | 09/89 | 710546 | 01/94 |
| 710680 | 07/02 | 710988 | 07/02 | CG2147 | 07/98 | CG0001 | 10/01 |
| 711061 | 02/03 | CG2170 | 11/02 | 711043 | 01/03 | 710948 | 01/03 |
| 711106 | 01/04 | | | CG0062 | 12/02 | CG2176 | 11/02 |

COMPANY USE ONLY

| RISK TYPE | RISK CLASS | TMC | SIC CODE | REINSURANCE | UND. TEAM |
|---|---|---|---|---|---|
| 3 | 2 | 99 | 2394 | N | 081 |

COUNTERSIGNED BY: _____
                          Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S), AND FORMS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

71 0029 0500                                BRANCH                     ISSUED 11/09/04