**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 17, 2005

# NOTICE OF DOCKETING ERROR

To:     ALL COUNSEL OF RECORD

Case Style:   Pennsylvania National Mutual Casualty Insurance Company v. G&S Custom Covers, Inc., et al.

Case Number:   1:05CV951-T

Docket Entry Number:   4

The above referenced AMENDED COMPLAINT was e-filed on 10/14/05 without the referenced attachments, with no electronic signature or case number and an inaccurate Certificate of Service.

Counsel has e-filed a Corrected AMENDED COMPLAINT today as document #6. Therefore #4 Amended Complaint is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.