Pennsylvania

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KYM Industries, Inc.
c/o Richard H. Ramsey, III, Esq.
Ramsey Court
400 W. Adams Street, Suite 1
Dothan, AL 36303

1:05cv951 (Cmp + Summ 2ndsq)

2. Article Number
   (Transfer from service label)

   7003 1010 0001 8624 4045

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
E J Lindsey                      10-14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes