AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Pennsylvania National Mutual
Casualty Insurance Company

V.

G&S Custom Covers, Inc., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05cv951-T

TO: (Name and address of Defendant)

G&S Custom Covers, Inc.
c/o James Walker or Delores Walker
22705 Southwest 53rd Avenue
Boca Raton, FL 33433

RETURNED AND FILED

OCT 20 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bert P. Taylor
Taylor Ritter, P.C.
P.O. Box 489
Orange Beach, AL 36561

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

_Wanna M. Naiflet_
(By) DEPUTY CLERK

DATE _October 11, 2005_

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                      *Date*                       *Signature of Server*

                                       _____
                                                *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE

7003 1010 0001 8624 4052

Debra P. Hackett, Clerk
U.S. District Court - Middle District
P.O. Box 711
Montgomery, AL 36101

G&S Custom Covers, Inc.
c/o James Walker or Delores Walker
22705 Southwest 53rd Avenue
Boca Raton, FL 33433

RETURNED TO SENDER

☐ INSUFFICIENT ADDRESS
☐ NO SUCH NUMBER
☐ UNCLAIMED ☐ REFUSED
☐ ATTEMPTED NOT KNOWN
☒ NO SUCH STREET
☐ VACANT
☐ NO RECEPTACLE
☐ NOT DELIVERABLE AS ADDRESSED-UNABLE TO FORWARD
ROUTE NO ___ DATE ___
CARR/INITIALS ___

▶ PLACE LABEL HERE ◀

**The efficient FLAT RATE ENVELOPE.**
You don't have to weigh the envelope...Just pack all your correspondence and documents inside and pay only the FLAT RATE Priority Mail postage.
**We Deliver.**

© EP14F FEBRUARY 2002 USPS ALL RIGHTS RESERVED