IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

2005 OCT 26  A 9:

| | | |
|---|---|---|
| PENNSYLVANIA NATIONAL | ) | |
| MUTUAL CASUALTY INSURANCE CO | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CASE NO. 1:05cv951-T |
| | ) | |
| KYM INDUSTRIES et al., | ) | |
| | ) | |
| DEFENDANT. | ) | |

**NOTICE OF APPEARANCE**

COMES NOW Richard H. Ramsey, III and makes known to the Court that he is

the Attorney of record for the Defendant, G & S CUSTOM COVERS, INC, in the above

styled cause by filing this, his Notice of Appearance.

Richard H. Ramsey, III (RAM004)
Attorney for Defendant
400 W. Adams Street, Suite 1
Dothan, Alabama  36303
(334) 794-4154 FAX (334) 794-2841

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the above and foregoing Notice of Appearance
upon Plaintiff by placing a copy of same in the United States Mail, postage prepaid,
properly addressed to Bert P. Taylor of Taylor Ritter, P.C. at P.O. Box 489, Orange
Beach, AL 36561, and Dennis Wilson c/o Joseph A. Morris, Esq of Morris, Carry,
Andrews, Talmadge & Jones, LLC, 3334 Ross Clark Circle, Dothan, AL  36303 this the
24th day of October 2005.

Of Counsel