IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PENNSYLVANIA NATIONAL<br>MUTUAL CASUALTY INSURANCE CO.<br><br>PLAINTIFF,<br><br>VS.<br><br>KYM INDUSTRIES et al.,<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 1:05cv951-T<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS

The Defendant moves this Court as follows:

1. To dismiss the action because the Complaint failed to state a claim against defendant upon which relief can be granted.

2. To dismiss the action on the ground that the court lacks jurisdiction because the amount in controversy is less than $75,000.00 exclusive of interests and costs.

_____
Richard H. Ramsey, III (RAM004)
Attorney for Defendant
400 W. Adams Street, Suite 1
Dothan, Alabama 36303
(334) 794-4154 FAX (334) 794-2841

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing Notice of Appearance upon Plaintiff by placing a copy of same in the United States Mail, postage prepaid, properly addressed to Bert P. Taylor of Taylor Ritter, P.C. at P.O. Box 489, Orange Beach, AL 36561, and Dennis Wilson c/o Joseph A. Morris, Esq. of Morris, Carry, Andrews, Talmadge & Jones, LLC, 3334 Ross Clark Circle, Dothan, AL 36303 this the 25th day of October 2005.

_____
Of Counsel

05-195