IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:05cv951-T |
| **KYM INDUSTRIES, et al.,** | ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that defendant KYM Industries' motion to dismiss (Doc. No. 11) is set for submission, without oral argument, on November 18, 2005, with all briefs due by said date.

DONE, this the 28th day of October, 2005.

　　　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**