## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE CO.,** ) ) ) | |
| **PLAINTIFF,** ) ) | |
| VS. ) ) | **CASE NO 1:05CV951-T** |
| **G&S CUSTOM COVERS, INC., KYM INDUSTRIES, AND DENNIS WILSON** ) ) ) | |
| **DEFENDANTS.** ) | |

### ENTRY OF APPEARANCE AND MOTION TO DISMISS

COMES NOW the undersigned and enters his appearance on behalf of Defendant Dennis Wilson for the limited purpose of responding to the Plaintiff's Complaint for Declaratory Judgment and as such moves this Honorable Court to Dismiss the Complaint for Declaratory Judgment herein and as grounds for said dismissal states as follows:

1.   The Complaint fails to state a claim upon this Defendant upon which relief can be granted.

2.   The Plaintiff has failed to effectuate service upon the Defendant Dennis Wilson and has otherwise failed to perfect service upon the Defendant Dennis Wilson in accordance with the applicable Federal Rules of Civil Procedure, including Rule 4(e) Fed. R. Civ. P.  As further evidence therein the undersigned submits the attached affidavit.

Dated this the  31st  day of    October    , 2005.

MORRIS, CARY, ANDREWS, TALMADGE, & JONES, LLC

           /s/ Joseph A. Morris
Joseph A. Morris (MOR087)
Attorney for Defendant, Dennis Wilson
P.O. Box 1649

Dothan, Alabama 36302
(334) 792-1420

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on this the ___31st___ day of _____October_____, 2005 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have further served a copy of the foregoing via US Mail upon:

Bert & Taylor
Taylor Ritter, PC
P.O. Box 489
Orange Beach, Alabama 36561

Richard H. Ramsey, III
400 W. Adams Street, Suite 1
Dothan, Alabama 36303

                                                                   /s/ Joseph A. Morris
                                                                  Joseph A. Morris