## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **PENNSYLVANIA NATIONAL MUTUAL** ) | |
| **CASUALTY INSURANCE CO.,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| VS. ) | CASE NO 1:05CV951-T |
| ) | |
| **G&S CUSTOM COVERS, INC.,** ) | |
| **KYM INDUSTRIES, AND DENNIS WILSON** ) | |
| ) | |
| **DEFENDANTS.** ) | |

### AFFIDAVIT OF JOSEPH A. MORRIS

STATE OF ALABAMA
COUNTY OF HOUSTON

  Before me, the undersigned, personally appeared JOSEPH A. MORRIS, who being first duly sworn, deposes and says as follows:

  My name is Joseph A. Morris. I am over the age of 21 and I have personal knowledge of all the facts and circumstances stated herein. I am a resident of Houston County, Alabama. Bert P. Taylor, attorney for the Plaintiff contacted my office via letter on September 15, 2005 requesting that I accept service on behalf of Dennis Wilson. I made no reply to the letter at that time, as I did not have authority to accept service on behalf of Dennis Wilson. On October 13, 2005 the receptionist at my office signed for a certified mail package from the Plaintiff's office. At the time the postman presented said package the receptionist has no knowledge of its contents. Said package contained the Complaint for Declaratory Judgment and a summons directed to Dennis Wilson in care of myself. At no time did my office obtain authority to accept service on behalf of Dennis Wilson.

  FURTHER AFFIANT SAYETH NOT.

                 Joseph A. Morris /s/
                 Joseph A. Morris

  Before me, in and for said county, in said state, personally appeared Joseph A. Morris, whose name is signed to the foregoing Affidavit and who is known to me and who after being duly sworn and deposed, says that he has knowledge of the facts stated in the foregoing Affidavit, and that said facts as therein stated are true and correct.

  Sworn to and subscribed before me on this the   31st   day of   October  , 2005.

    __Sherri L. Watson, CP_____  
Notary Public  
My Commission Expires:_10-15-08_____