AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Pennsylvania National Mutual
Casualty Insurance Company

V.

G&S Custom Covers, Inc., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   1:05cv951-T

TO: (Name and address of Defendant)

    G&S Custom Covers, Inc.
    c/o Richard H. Ramsey, III, Esq.
    Ramsey Court
    400 W. Adams Street, Ste. 1
    Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Bert P. Taylor, Esq.
    Taylor Ritter, P.C.
    P.O. Box 489
    Orange Beach, AL 36561

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(By) DEPUTY CLERK

DATE   November 15, 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date                                            Signature of Server

                                        _____
                                                     Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.85 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.90 |

Postmark Here

7004 1010 0001 8624 4816

Sent To   G&S Custom Covers, Inc.
Street, Apt. No.;   Richard H. Ramsey, III, Esq.
or PO Box No.   Ramsey Court
City, State, ZIP+4   400 W. Adams Street, Ste. 1
                     Dothan, AL 36303

PS Form 3800, Ju                          or Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.