IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

PENNSYLVANIA NATIONAL
MUTUAL CASUALTY INSURANCE CO., )

    PLAINTIFF, )

VS. )     CASE NO. 1:05cv951-T

KYM INDUSTRIES et al., )

    DEFENDANT. )

## SUBSTITUTION OF APPEARANCE

**COMES NOW** the undersigned attorney and requests that the previous Notice of Appearance be amended as follows:

1. On the 24th of October 2003, the undersigned inadvertently filed an appearance for G & S Custom Covers, Inc. This was by mistake, as the undersigned has never represented G & S Custom Covers, Inc.

2. The undersigned does in fact represent Kym Industries, Inc. and said appearance was intended to be for Kym Industries, Inc.

_____
Richard H. Ramsey, III (RAM004)
Attorney for Defendant
400 W. Adams Street, Suite 1
Dothan, Alabama 36303
(334) 794-4154 FAX (334) 794-2841

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing Notice of Appearance upon Plaintiff by placing a copy of same in the United States Mail, postage prepaid, properly addressed to Bert P. Taylor of Taylor Ritter, P.C. at P.O. Box 489, Orange Beach, AL 36561, and Dennis Wilson c/o Joseph A. Morris, Esq. of Morris, Carry, Andrews, Talmadge & Jones, LLC, 3334 Ross Clark Circle, Dothan, AL 36303 this the 15th day of November 2005.

_____
Of Counsel

05-194