**UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| **PENNSYLVANIA NATIONAL MUTUAL** | ) | |
| **CASUALTY INSURANCE COMPANY,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | **ACTION NUMBER** |
| | ) | **1:05cv951-T** |
| **v.** | ) | |
| | ) | |
| **G&S CUSTOM COVERS, INC.;** | ) | |
| **KYM INDUSTRIES, INC.,** | ) | |
| **AND DENNIS WILSON,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**MOTION TO EXTEND TIME TO FILE**
**REPORT OF PARTIES' PLANNING MEETING**

COMES NOW the plaintiff, Pennsylvania National Mutual Casualty Insurance Company

(hereinafter, "Penn National"), and hereby moves this Honorable Court to Amend its Order of

October 28, 2005, to extend the deadline for the parties to file the Rule 26(f), Fed. R. Civ. P.,

report from the present deadline of November 18, 2005.  In support of its Motion, the plaintiff

would show unto the Court the following:

1.    For that as of November 18, 2005, issues remain as to the status of service as to

several of the defendants and whether or not said defendants are proper parties to

this litigation.  For instance, defendant Dennis Wilson has filed a Motion to

Dismiss based on the alleged failure by the plaintiff to effectuate service of

process upon him by serving his attorney of record in the underlying action.  A

response has been filed to the Motion which is scheduled to be taken under

submission as of November 18, 2005.  Defendant G&S Custom Covers, Inc., has

not filed an Answer to the Complaint, although a Notice of Appearance has been

filed on its behalf by Attorney Richard H. Ramsey.  Upon advice of the Clerk's office, the plaintiff is presently trying to formally serve defendant G&S Custom Covers, Inc., even though a Notice of Appearance has been filed on its behalf.

2.      For that until the issues of service of process, personal and subject matter jurisdiction raised by the defendants are resolved, it may be premature to hold a Parties' Planning Meeting for the purposes of preparing and filing a Rule 26(f) Report with the Court.  The attorneys representing the defendants do not object to this motion and are in agreement these issues make the Planning Meeting premature at this time.

WHEREFORE, the plaintiff, Pennsylvania National Mutual Casualty Insurance Company, respectfully requests this Honorable Court to extend the deadline for the parties to hold a Rule 26 Meeting and file a Rule 26(f) Report with the Court until after resolution of the service and jurisdictional issues presently pending before the Court.

Dated this 16th day of November, 2005.

Respectfully submitted,

s/ Bert P. Taylor

_____
Bert P. Taylor

**OF COUNSEL FOR PLAINTIFF:**
**PENNSYLVANIA MUTUAL**
**CASUALTY INSURANCE COMPANY**
TAYLOR RITTER, P.C.
P.O. Box 489
Orange Beach, AL 36561
Phone: 251-981-8430
Fax: 251-981-8425

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the above pleading on all counsel and/or parties listed below by placing a copy in the United States Mail and placing proper postage upon same:

Joseph A. Morris, Esq.
Morris, Carey, Andrews, Talmadge & Jones
P. O. Box 1649
Dothan, AL 36302

Richard H. Ramsey, III, Esq.
Ramsey Court
400 W. Adams Street, Ste. 1
Dothan, AL 36303

s/ Bert P. Taylor

_____
Of Counsel