IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
PENNSYLVANIA NATIONAL        )
MUTUAL CASUALTY INSURANCE    )
COMPANY,                     )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )       1:05cv951-T
                             )
KYM INDUSTRIES, et al.,      )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that plaintiff's motion to extend (Doc. No. 21) is denied.

DONE, this the 16th day of November, 2005.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE