| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>                                                              11-16-05 |
| 1. Article Addressed to:<br><br>G&S Custom Covers, Inc.<br>Richard H. Ramsey, III, Esq.<br>Ramsey Court<br>400 W. Adams Street, Ste. 1<br>Dothan, AL 36303<br><br>1:05CV 951 (Cmp/alias sm/ ans/cmp) | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1010 0001 8624 4816 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-2509