**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                TELEPHONE (334) 954-3600

November 17, 2005

# NOTICE OF CORRECTION

**To:**              **All Counsel of Record**

**From:**            **Clerk's Office**

**Case Style:**      **Pennsylvania National Mutual Casualty Insurance Company v. G&S Custom Covers, Inc., et al.**

**Case Number:**     **#1:05-cv-00951-MHT-CSC**

**Referenced Document:**   **Document #20**
                           **Substitution of Appearance**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a signature on the actual nor on the certificate of service. The corrected pdf is attached to this notice.**