UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL <br> CASUALTY INSURANCE COMPANY, <br><br> PLAINTIFF, <br><br> v. <br><br> G&S CUSTOM COVERS, INC.; <br> KYM INDUSTRIES, INC., <br> AND DENNIS WILSON, <br><br> DEFENDANTS. | ACTION NUMBER <br> 1:05cv951-T |

### REPORT OF PARTIES' PLANNING MEETING

    1.    Pursuant to *F.R.Civ.P.* 26(f), a meeting was held on November 18, 2005, by conference call. The following persons attended the meeting:

    Bert P. Taylor on behalf of Plaintiff, Pennsylvania National Mutual Casualty Insurance Company.

    Richard H. Ramsey, III, on behalf of Defendant, KYM Industries, Inc.

    Joseph A. Morris , who has appeared on a limited basis to oppose service of process on Defendant Dennis Wilson, was unavailable to confer.

    2.    **Pre-Discovery Disclosures**. The parties will exchange by November 28, 2005, the information required by Rule 26.1(a)(1) and the local rule.

    3.    **Discovery Plan**. The parties jointly propose to the court the following discovery plan:

    Discovery will be needed on the following subjects: the applicability of liability insurance coverage under the policy issued by Pennsylvania National Insurance Company for the claims asserted by Wilson against KYM in the proceedings pending in state court.

    All discovery commenced in time to be completed by May 1, 2006.

> Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service.
>
> Maximum of 25 request for admission by each party to any other party.
>
> Responses due 30 days after service
>
> Maximum of 5 depositions by plaintiff and 5 by defendants.
>
> Each deposition is limited to maximum of 8 hours, unless otherwise extended by agreement of the parties.
>
> Reports from retained experts under Rule 26(a)(2) due:
>
>> from plaintiff by March 15, 2006;
>>
>> from defendants by April 1, 2006;
>
> Supplementations under Rule 26(e) due thirty (30) days prior to trial (or some other time interval).

4.  **Other Items**. The parties do not request a conference with the court before entry of the scheduling order.

> The parties request a pretrial conference in August, 2006.
>
> The plaintiff should be allowed until January 18, 2006, to join additional parties and until January 18, 2006, to amend the pleadings.
>
> The defendants should be allowed until January 18, 2006, to join additional parties and until January 18, 2006, to amend the pleadings.
>
> All potentially dispositive motions should be filed no later than 90 days prior to the pretrial conference.
>
> Settlement is unlikely.
>
> Final list of witness and exhibits Rule 26(a)(3) should be due:
>
>> from plaintiff: 30 days prior to trial
>>
>> from defendant: 30 days prior to trial

Parties shall have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by September, 2006, and at this time is expected to take approximately 1 day.

s/ Bert P. Taylor
_____
Bert P. Taylor, Counsel for Plaintiff,
Pennsylvania National Mutual Casualty
Insurance Company


s/ Richard H. Ramsey, III
_____
Richard H. Ramsey, III, Counsel for
Defendant, KYM Industries, Inc.