# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 21, 2005

# NOTICE OF CORRECTION

**To:**  **All Counsel of Record**

**From:**  **Clerk's Office**

**Case Style:**  **Pennsylvania National Mutual Casualty Insurance Company vs. G&S Custom Covers, Inc., et al.**

**Case Number:**  **#1:05-cv-00951-MHT-CSC**

**Referenced Document:**  **Document #25**
**Report of Parties' Planning Meeting**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record.  The original pdf did not contain signatures.  The corrected pdf is attached to this notice.**