UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL ) <br> CASUALTY INSURANCE COMPANY, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> G&S CUSTOM COVERS, INC.; ) <br> KYM INDUSTRIES, INC., ) <br> AND DENNIS WILSON, ) <br> ) <br> DEFENDANTS. ) | ACTION NUMBER <br> 1:05cv951-T |

**PLAINTIFF, PENNSYLVANIA NATIONAL MUTUAL
CASUALTY INSURANCE COMPANY'S REQUESTS FOR ADMISSION
WITH CLARIFYING INTERROGATORIES DIRECTED TO
DEFENDANTS, DENNIS WILSON AND KYM INDUSTRIES, INC.**

Pursuant to Rule 36, Federal Rules of Civil Procedure, plaintiff, Pennsylvania National Mutual Casualty Insurance Company, propounds the following Requests for Admission and Clarifying Interrogatories to be answered by defendants, Dennis Wilson and KYM Industries, Inc., within thirty (30) days and in accordance with the Federal Rules of Civil Procedure:

1. Please admit that the policies issued by Pennsylvania National Mutual Casualty Insurance Company to G&S Custom Covers, Inc., and/or KYM Industries, Inc., and attached as exhibits to the complaint in this case, are true and correct copies of the policies under which KYM Industries, Inc., seeks coverage for the claims asserted against it in the underlying lawsuit pending in the Circuit Court of Houston County, Alabama.

    **ANSWER:**

2. If your response to Number 1 is anything but an unqualified admission:

    (A) Please state all facts supporting the denial;

    (B) Please identify all documents and records supporting the denial.

       **ANSWER:**

3.      Please admit that G&S Custom Covers, Inc., was not served with the Summons and Complaint in Case Number CV 2004-817-L presently pending in the Circuit Court of Houston County, Alabama.

       **ANSWER:**

4.      If your response to Number 3 is anything but an unqualified admission:

      (A)    Please state all facts supporting the denial;

      (B)    Please identify all documents and records supporting the denial.

       **ANSWER:**

5.      Please admit that the Complaint filed on behalf of Dennis Wilson in the Circuit Court of Houston County, Alabama, bearing Case Number CV 2004-817-L, together with Plaintiff's First Amended Complaint filed in that same lawsuit, contain all of the claims and requests for damages being asserted by Dennis Wilson against KYM Industries, Inc., for which insurance coverage is requested by KYM Industries, Inc., under the applicable policies issued by Pennsylvania National Mutual Casualty Insurance Company.

       **ANSWER:**

6.      If your response to Number 5 is anything but an unqualified admission:

      (A)    Please state all facts supporting the denial;

      (B)    Please identify all documents and records supporting the denial.

       **ANSWER:**

7.      Please admit that the claims asserted by Dennis Wilson against KYM Industries, Inc., in pending litigation in the Circuit Court of Houston County, Alabama, seek damages owed to him for the worker's compensation and retaliatory discharge claims and resulting default judgments in the amount of $214,790.44, and, in addition, damages owed as a result of the intentional fraudulent transfer of assets from G&S Custom Covers, Inc., to KYM Industries, Inc., in an attempt to defraud

>   Dennis Wilson from collecting his judgments for worker's compensation and retaliatory discharge claims.
>
>   **ANSWER:**

8.  If your response to Number 7 is anything but an unqualified admission:

    (A)  Please state all facts supporting the denial;

    (B)  Please identify all documents and records supporting the denial.

    **ANSWER:**

9.  Please admit that the reservation of rights letter attached hereto is a true and correct copy of the reservation of rights letter issued by Pennsylvania National Mutual Casualty Insurance Company to KYM Industries, Inc., dated October 4, 2005.

    **ANSWER:**

10. If your response to Number 9 is anything but an unqualified admission:

    (A)  Please state all facts supporting the denial;

    (B)  Please identify all documents and records supporting the denial.

    **ANSWER:**

>   Respectfully submitted,
>
>   s/ Bert P. Taylor
>   _____
>   Bert P. Taylor

**OF COUNSEL FOR PLAINTIFF:**
**PENNSYLVANIA MUTUAL**
**CASUALTY INSURANCE COMPANY**
**TAYLOR RITTER, P.C.**
P.O. Box 489
Orange Beach, AL 36561
Phone: 251-981-8430
Fax: 251-981-8425

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 15th day of December, 2005, I have served a true and correct copy of the above pleading on all counsel and/or parties listed below by e-mail and first class mail, United States postage prepaid:

Joseph A. Morris, Esq.
Morris, Carey, Andrews, Talmadge & Jones
P. O. Box 1649
Dothan, AL 36302

Richard H. Ramsey, III, Esq.
Ramsey Court
400 W. Adams Street, Ste. 1
Dothan, AL 36303

                s/ Bert P. Taylor
                _____
                Of Counsel