Tennessee/Alabama Claims Service Office
Penn National Insurance Claims Central Imaging Location
P.O. Box 1674
Harrisburg, PA 17105-1674
615.889.2740 Phone
800.395.0518 Phone
866.395.0518 Fax

www.PennNationalInsurance.com



October 4, 2005

**CERTIFIED MAIL -- RETURN RECEIPT REQUESTED
AND REGULAR U.S. MAIL**

## RESERVATION OF RIGHTS

KYM Industries, Inc.
Attention: Kym Morrison
207 Smith Road
Slocomb, AL 36375

**Re:**
**Claim No.:**    18057986
**Insured:**    KYM Industries, Inc.
**Policy No.:**    CL9 0082936
**Claimant:**    Dennis Wilson

Dear Ms. Morrison:

As you know, Penn National Insurance previously acknowledged receipt of the above-referenced complaint. Originally a declination was issued. After further review, and receipt of the Amended Complaint, Penn National Insurance made a determination to provide a defense for this lawsuit and withdraw the declination. The defense is being provided under a Reservation of Rights.

We understand that you submitted this claim for coverage under your General Liability policy issued by Penn National pursuant to Policy No. CL9 0082936. In view of the foregoing, Penn National Insurance will provide a defense for this lawsuit pursuant to the subject General Liability Policy; however, it does so subject to a reservation of rights under the following policy provisions.

Please refer to your policy provided by Penn National Insurance referenced above. Please see form CG 00 01, SECTION I – COVERAGES. It states:

"COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. ...

b. This insurance applies to "bodily injury" and "property damage" only if:
(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

(2) The "bodily injury" or "property damage" occurs during the policy period. ..."

Please continue reading under 2. Exclusions. It states:

"This insurance does not apply to: ...

a.  Expected Or Intended Injury
"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

d.  Workers' Compensation And Similar Laws:
Any obligation of the Insured under a 'workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. Employer's Liability
"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or ...

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who

must pay damages because of the injury."

Also, please refer to Form CG 21 47 07/98, "EMPLOYMENT-RELATED PRACTICES EXCLUSION". It states:

"A. The following exclusion is added to Paragraph 2., Exclusions of Section 1

Coverage A - Bodily Injury and Property Damage Liability:

This insurance does not apply to:
"Bodily Injury" to:
(1) A person arising out o any:
     a. Refusal to employ that person;
     b. Termination of that person's employment; or
     c. Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person;...

This exclusion applies:
(1) Whether the insured may be liable as an employer or in any other capacity; and
(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury."

## SECTION V – DEFINITIONS

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

Please be advised that Penn National Insurance reserves any and all of its rights under any of the provisions, definitions, conditions or exclusions contained in any insurance policy issued by Penn National Insurance to KYM Industries, Inc. Furthermore, upon the discovery of any other facts or issues relating to coverage of this matter, Penn National reserves its rights to modify or amend its coverage position and assert any defenses based upon any of the policy provisions, definitions, conditions or exclusions, whether or not specifically mentioned herein.

Please be advised that this is not a denial of coverage, but rather to inform you of a coverage issue(s). Any actions taken by Penn National Insurance in the investigation of this matter, or in negotiating for a compromise settlement, or in making any settlement, or in defending this lawsuit, or in any other way acting or failing to act, shall not constitute an admission of liability or an admission of coverage. Furthermore, any actions taken by Penn National Insurance in connection with this matter are not to be deemed a waiver of any of its rights to disclaim liability or coverage under the insurance policy issued by Penn National Insurance.

As you know, we have hired Sam Duck of the law firm of Hare, Clement and Duck to defend you under a reservation of rights. Mr. Duck's contact information is 1901 Sixth Ave North, Suite 1500 Birmingham, AL 35203. His phone number is (205) 322-3040.

In the event that information comes to your attention, which may assist in the defense of this matter, you should furnish such information to your attorney or a representative of Penn National Insurance. Furthermore, please do not discuss this matter with anyone except a direct company representative or a representative of the law firm assigned to defend you. This applies not only to facts underlying this matter, but also to the nature and extent of your insurance program.

Please do not hesitate to contact us in the event either you or your insurance broker has any questions or comments regarding this matter.

Sincerely,

PENN NATIONAL INSURANCE

COPY

Jeff Bryant, AIC
Claims Specialist

cc:    Flowers Insurance Agency
       PO Box 368
       Dothan, AL 36302

       Sam Duck, Attorney
       Via Fax: (205) 322-5577