IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CAS. INS. CO., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.  1:05cv951-CSC ) |
| KYM INDUSTRIES, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that this matter be and is hereby SET for a scheduling and status conferences at **2:30 p.m.** on **January 31, 2006** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 19th day of January, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE