UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, ) ) ) ) | |
| PLAINTIFF, ) ) | ACTION NUMBER 1:05cv951-T |
| v. ) ) | |
| G&S CUSTOM COVERS, INC.; KYM INDUSTRIES, INC., AND DENNIS WILSON, ) ) ) ) | |
| DEFENDANTS. ) | |

**PLAINTIFF, PENNSYLVANIA NATIONAL MUTUAL
CASUALTY INSURANCE COMPANY'S MOTION TO CONTINUE
AND RESET SCHEDULING AND STATUS CONFERENCE**

COMES NOW the plaintiff, Pennsylvania National Mutual Casualty Insurance Company, and with consent of counsel for all parties first had and obtained, hereby requests this Honorable Court to reschedule the Scheduling and Status Conference presently set on January 31, 2006.  In support of said Motion, counsel for the plaintiff would show unto the Court the following:

1.  For that the undersigned counsel had registered for an all-day CLE seminar in Mobile, Alabama, on January 31, prior to receiving notification from the Court of the setting of a Scheduling and Status Conference on that same day. Counsel for plaintiff is unable to attend both the CLE seminar in Mobile and the Scheduling Conference in Montgomery on the same date.

2.  Counsel for plaintiff has confirmed with Attorneys Ramsey and Morris that they have no objection to the Scheduling and Status Conference being rescheduled.

3.  A rescheduling of the Scheduling and Status Conference will not prejudice the rights of any parties, nor otherwise cause delay in the ongoing discovery process.

WHEREFORE, counsel for the plaintiff respectfully requests the Scheduling and Status Conference set in this case be continued from its present setting of January 31, 2006, and reset as soon as convenient for the Court.

Respectfully submitted,

s/ Bert P. Taylor

_____

Bert P. Taylor

**OF COUNSEL FOR PLAINTIFF:**
**PENNSYLVANIA MUTUAL**
**CASUALTY INSURANCE COMPANY**
**TAYLOR RITTER, P.C.**
P.O. Box 489
Orange Beach, AL 36561
Phone: 251-981-8430
Fax: 251-981-8425

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 23rd day of January, 2006, I have served a true and correct copy of the above pleading on all counsel and/or parties listed below by e-mail:

        Joseph A. Morris, Esq.
        Morris, Carey, Andrews, Talmadge
        & Jones
        P. O. Box 1649
        Dothan, AL 36302
        jamorris@mcatlaw.com

        Richard H. Ramsey, III, Esq.
        Ramsey Court
        400 W. Adams Street, Ste. 1
        Dothan, AL 36303
        Ramseycourt@aol.com

        s/ Bert P. Taylor
        _____
        Of Counsel