IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CAS. INS. CO., | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   CIVIL ACTION NO.  1:05cv951-CSC ) |
| KYM INDUSTRIES, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the defendants' motion to continue and reset scheduling and status conference (doc. # 32) filed on January 23, 2006.  Also pending before the court is the defendants' motions to dismiss (docs. # 11 & 15).  Upon consideration of the motions, and for good cause, it is

ORDERED that the motion to continue and reset scheduling and status conference (doc. # 32) be and is hereby GRANTED and that the scheduling and status conference presently set at **2:30 p.m.** on **January 31, 2006,** be and is hereby **RESET** to **2:30 p.m.** on **February 7, 2006**, in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that oral argument on the defendants' motions to dismiss be and is hereby SET at **2:30 p.m.** on **February 7, 2006**, in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 25th day of January, 2006.

                                       /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE