# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA SOUTHERN, DIVISION

**HON. CHARLES S. COODY MAGISTRATE, JUDGE AT**   **MONTGOMERY, ALABAMA**

**DATE COMMENCED:**   2/7/06   **AT**   **2:30 P.M. - 2:36 P.M.**

**DATE COMPLETED:**   2/7/06   **AT**   **FTR Recorded**

| | | |
|---|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs.. | * | CIVIL CASE NO. 1:05CV951-CSC |
| | * | |
| G & S CUSTOM COVERS, INC., et al | * | |
| | * | |
| Defendant | * | |

PLAINTIFF                              APPEARANCES:                              DEFENDANT

Atty. Bert P. Taylor                         *         Atty. Richard H. Ramsey; Atty. Joseph A. Morris

COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON          COURT REPORTER:  CORRIE LONG

( X) OTHER PROCEEDINGS: ***SCHEDULING/STATUS CONFERENCE***

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Status/Scheduling Conf - 1:05cv51-CSC | |
|---|---|---|
| **Date** | 2 / 7 /2006 | **Location** Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 2 :30:28 PM | Court | Court convenes; discussions re: the Sept trial setting and the July trial setting from Judge Thompson; This is a non jury case, how long will it take to try? |
| 2 :30:51 PM | Atty. Taylor | 1 day; |
| 2 :30:57 PM | Court | Is it going to be a trial? Summary Judgment case; |
| 2 :31:05 PM | Atty. Taylor | Response; Question of law rather than facts; |
| 2 :31:36 PM | Court | Response; |
| 2 :31:48 PM | Atty. Ramsey | Response as to trial issue; |
| 2 :32:06 PM | Court | Discussion as to the outstanding motion to dismiss - due to be denied; |
| 2 :32:21 PM | Atty. Taylor | Dennis  Wilson's motion to dismiss? |
| 2 :32:21 PM | Court | Yes |
| 2 :32:26 PM | Atty. Taylor | Have talked with Mr. Wilson, prepared to file an answer and withdraw that motion to dismiss; |
| 2 :32:32 PM | Court | Will go ahead and deny it; |
| 2 :32:37 PM | Atty. Ramsey | Also filed a motion to dismiss; |
| 2 :32:42 PM | Court | on behalf of KYM? |
| 2 :32:43 PM | Atty. Ramsey | To dismiss and remand back to state court; |
| 2 :32:50 PM | Court | That motion raised a juridistional question; |
| 2 :33:00 PM | Atty. Ramsey | The amount in question ; |
| 2 :33:05 PM | Court | Response ; |
| 2 :33:18 PM | Atty. Ramsey | He asked for a jury trial in state court, the jury would set the amount of damages; |
| 2 :33:22 PM | Court | Will deny the motion to dismiss; Will set case for trial; will enter the standard scheduling order; Will set it towards the end of September; |
| 2 :34:12 PM | Atty. Taylor | That's enough time; |
| 2 :34:24 PM | Court | Will enter a scheduling order that gives the deadlings for summary judgment; |
| 2 :35:00 PM | Atty. Taylor | Addresses outstanding issues; Discussion of none service perfected on  G & S; |
| 2 :36:06 PM | Court | Court is recessed. |