**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL ) <br> CASUALTY INSURANCE CO.,  ) <br>                                                        ) <br> PLAINTIFF,                            ) <br>                                                        ) <br> VS.                                                 ) <br>                                                        ) <br> G&S CUSTOM COVERS, INC.,    ) <br> KYM INDUSTRIES, AND DENNIS WILSON ) <br>                                                        ) <br> DEFENDANTS.                     ) | CASE NO 1:05 CV 951-T |

**ANSWER OF DEFENDANT, DENNIS WILSON TO PLAINTIFF'S AMENDED
COMPLAINT FOR DECLARATORY JUDGMENT**

COMES NOW the Defendant, Dennis Wilson, and answers the complaint for declaratory Judgment filed by the Plaintiff Pennsylvania National Mutual Casualty Insurance Company herein as follows:

1. Admitted.

2. This Defendant is unable to admit or deny the allegations set out in paragraph two of Plaintiff's amended complaint and it is therefore denied.

3. Admitted.

4. Admitted.

5. Defendant denies that he is a resident of Houston County, Alabama but admits the remaining allegations contained in paragraph five of the Plaintiff's amended complaint.

6. Admitted.

7. This Defendant is unable to admit or deny the allegations set out in paragraph seven of Plaintiff's amended complaint and it is therefore denied.

8. This Defendant is unable to admit or deny the allegations set out in paragraph eight of Plaintiff's amended complaint and it is therefore denied.

9. This Defendant is unable to admit or deny the allegations set out in paragraph nine of Plaintiff's amended complaint and it is therefore denied.

10. This Defendant is unable to admit or deny the allegations set out in paragraph ten of Plaintiff's amended complaint and it is therefore denied.

11. This Defendant is unable to admit or deny the allegations set out in paragraph eleven of Plaintiff's amended complaint and it is therefore denied.

12. This Defendant is unable to admit or deny the allegations set out in paragraph twelve of Plaintiff's amended complaint and it is therefore denied.

13. Admitted.

14. Admitted.

15. Admitted.

16. This Defendant is unable to admit or deny the allegations set out in paragraph sixteen of Plaintiff's amended complaint and it is therefore denied.

17. This Defendant denies all material allegations contained in paragraph seventeen of Plaintiff's amended complaint and demands strict proof thereof.

18. This Defendant denies all material allegations contained in paragraph eighteen of Plaintiff's amended complaint and demands strict proof thereof.

19. This Defendant is unable to admit or deny the allegations set out in paragraph nineteen of Plaintiff's amended complaint and it is therefore denied.

20. This Defendant avers that the Plaintiff's amended complaint fails to state a claim upon which relief can be granted.

21. This Defendant denies the general issue and demands strict proof thereof.

Dated this the  7th  day of    February    , 2006.

                MORRIS, CARY, ANDREWS, TALMADGE
                JONES, & DRIGGERS, LLC

                /s/ Joseph A. Morris
                Joseph A. Morris (MOR087)
                Attorney for Defendant, Dennis Wilson
                P.O. Box 1649
                Dothan, Alabama 36302
                (334) 792-1420

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the   7th   day of    February   , 2006 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have further served a copy of the foregoing via US Mail upon:

Bert & Taylor
Taylor Ritter, PC
P.O. Box 489
Orange Beach, Alabama 36561

Richard H. Ramsey, III
400 W. Adams Street, Suite 1
Dothan, Alabama 36303

                /s/ Joseph A. Morris
                Joseph A. Morris