IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PENNSYLVANIA NATIONAL | ) | |
| MUTUAL CAS. INS. CO., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv951-CSC |
| | ) | |
| KYM INDUSTRIES, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

Now pending before the court is the October 26, 2005, motion to dismiss (doc. # 11) filed by defendant Kym Industries, Inc. and the October 31, 2005, motion to dismiss (doc. # 15) filed by defendant Dennis Wilson. Oral argument was held on February 7, 2006. Upon consideration of the motions and for good cause, it is

ORDERED that the motions to dismiss (docs. # 11 & 15) be and are hereby DENIED.

Done this 8th day of February, 2006.

                                                  /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE