IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL<br>MUTUAL CASUALTY INSURANCE CO.<br><br>PLAINTIFF,<br><br>VS.<br><br>G & S CUSTOM COVERS, INC.;<br>KYM INDUSTRIES, INC.,<br>AND DENNIS WILSON,<br><br>DEFENDANTS. | CASE NO. 1:05cv951-T |

## ANSWER OF DEFENDANT, KYM INDUSTRIES, INC., TO PLAINTIFF'S REQUESTS FOR ADMISSION WITH CLARIFYING INTERROGATORIES

1. To the best of my knowledge.

2. N/A

3. I have no knowledge of this.

4. N/A

5. I have no knowledge of this.

6. N/A

7. This is the information that is stated in the Complaint.

8. N/A

9. It appears to be the same.

10. N/A

**RECEIVED**

**MAR 2 7 2006**

TAYLOR RITTER, P.C.

KYM INDUSTRIES, INC.

BY: KIM MORRISON, PRESIDENT

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing upon Plaintiff by placing a copy of same in the United States Mail, postage prepaid, properly addressed to Bert P. Taylor of Taylor Ritter, P.C. at P.O. Box 489, Orange Beach, AL 36561, and Dennis Wilson c/o Joseph A. Morris, Esq. of Morris, Carry, Andrews, Talmadge & Jones, LLC, 3334 Ross Clark Circle, Dothan, AL 36303 this the 24th day of March, 2006.

Of Counsel

05-195