IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE CO., | )<br>)<br>) |
| PLAINTIFF, | )<br>) |
| VS. | )    CASE NO 1:05 CV 951-T |
| G&S CUSTOM COVERS, INC., KYM INDUSTRIES, AND DENNIS WILSON | )<br>)<br>) |
| DEFENDANTS. | )<br>) |

## DEFENDANT, DENNIS WILSON'S RESPONSE TO PLAINTIFF'S REQUESTS FOR ADMISSION WITH CLARIFYING INTERROGATORIES

1. Defendant, Dennis Wilson is unable to admit or deny request for admission number one as he was not a party to the contracts when drafted.

2. See response to number one above.

3. Defendant, Dennis Wilson admits that service of G&S Custom Covers, Inc., of the complaint in case number CV 2004-817-L pending in the Circuit Court of Houston County, Alabama, has been attempted but not yet perfected.

4. See response to number three above.

5. Defendant, Dennis Wilson objects to this request as vague, ambiguous and compounded. Without waiving said objection, Defendant admits that to the best of his knowledge the amended complaint in case number CV 2004-817-L pending the Circuit Court of Houston County, Alabama contains all claims and requests for damages. However, Defendant states that this is subject to amendment should additional claims and damages be learned through the discovery process, not yet completed. Defendant is unable to admit or deny the remainder of the request as it is not applicable to him.

6. See response to number five above.

7. Admitted.

8. Not applicable.

9. Defendant, Dennis Wilson is unable to admit or deny the allegations contained in request number nine as he was not a party to the original letter.

10. See response to number 9 above.

Dated this the _4th_ day of _January_, 2006.

MORRIS, CARY, ANDREWS, TALMADGE, JONES, & DRIGGERS, LLC

_____
Joseph A. Morris (MOR087)
Attorney for Defendant, Dennis Wilson
P.O. Box 1649
Dothan, Alabama 36302
(334) 792-1420

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

Bert Taylor
Taylor & Ritter, PC
P.O. Box 489
Orange Beach, Alabama 36561

Richard H. Ramsey, III
400 W. Adams Street, Suite 1
Dothan, Alabama 36303

by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on this the _4th_ day of _January_, 2006.

_____
Joseph A. Morris