IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CAS. INS. CO., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 1:05cv951-CSC ) |
| KYM INDUSTRIES, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the plaintiff's motion for summary judgment (doc. # 38) and the defendants' opposition to the motion (doc. # 40), it is

ORDERED that this matter be and is hereby set for oral argument on July 12, 2006, at 2:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 26th day of June, 2006.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE