# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA SOUTHERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 7/12/06 | AT | 2:08 p.m. - 2:27 p.m. |
| DATE COMPLETED: 7/12/06 | AT | FTR RECORDING |

PENNSYVANIA NATIONAL MUTUAL  
CASUALTY INSURANCE COM  

    Plaintiff

vs..

    CIVIL CASE NO. 1:05CV951-CSC

G&S CUSTOM COVERS, INC., et al

    Defendant

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Bert Pittman | | Atty. Richard Ramsey |
| | | Atty. Joseph A. Morris |

**COURT OFFICIALS PRESENT:**

COURTROOM DEPUTY: WANDA STINSON      LAW CLERK: CORRIE LONG

---

( X ) OTHER PROCEEDINGS:   *ORAL ARGUMENT RE: MOTION FOR SUMMARY JUDGMENT*

# SEE MINUTES ATTACHED

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| **Description** | Oral Argument re; MSJ - 05cv951-CSC | |
| **Date** 7 /12/2006 | **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 2 :08:49 PM | Court | Court convenes; parties present as noted; Discussions as to the response to the summary judgment motion;  Discussion as to how Atty, Morris can represent Mr. Wilson and KYM Industries in this matter when they are at odds with each other in state court; |
| 2 :09:47 PM | Atty. Morris | Response; |
| 2 :10:10 PM | Court | Discussion as to what is said in the response that Mr. Wilson was never an employee of KYM, but in State Court you say its a sham; |
| 2 :10:32 PM | Atty. Morris | Response; |
| 2 :12:52 PM | Court | Response - at the thime Mr. Wilson was working for  G&S at the time he injured himself, G&S discharged him, he alleged that was retaliation; Discussion as whether Penn Nat'l had a policy of insurance with G&S and with KYM and whether it covered what happen to Mr. Wilson; |
| 2 :13:48 PM | Atty. Morris | Response regarding other counts and whether or not there is coverage; |
| 2 :14:11 PM | Court | Aren't those going to be addressed in state court?' |
| 2 :14:11 PM | Atty. Morris | They are; |
| 2 :14:24 PM | Court | Discussion as to the time of the transfer from G&S to KYM of all the assets; that if the state court concludes that the tranfers was fraudulent that that's covered; |
| 2 :14:45 PM | Atty. Morris | Response; |
| 2 :16:53 PM | Atty. Ramsey | Addresses the issue; contends that Mr. Wilson was never an employee of KYM; |
| 2 :17:12 PM | Atty. Taylor | Response to the issue; |
| 2 :18:16 PM | Court | Discussion as notice provision; |
| 2 :18:22 PM | Atty. Taylor | Response; |
| 2 :19:24 PM | Court | Discussion as to the Notice issue |
| 2 :19:33 PM | Atty. Morris | Response regarding  addressing the other acts; |
| 2 :20:14 PM | Court | Aren't other acts derivative of the original termination of Mr. Wilson? |
| 2 :20:21 PM | Atty. Morris | Yes they are; |
| 2 :20:23 PM | Court | If the termination isn't covered, what difference as to whether the transfer was fraudlent; |
| 2 :20:40 PM | Atty. Morris | Response - still separate acts; |
| 2 :21:28 PM | Court | Response; |
| 2 :21:43 PM | Atty. Morris | Response as to the arguments here today - Workmen's comp and retaliatory discharge; |
| 2 :22:14 PM | court | Wat's the status of the state court action; |
| 2 :22:17 PM | Atty. Morris | We have done depositions; |
| 2 :22:36 PM | Court | Question as to any notice given; |
| 2 :22:41 PM | Atty. Ramsey | Response; |
| 2 :23:12 PM | Court | Discussions as to the original litigation; |

| | | |
|---|---|---|
| 2 :23:13 PM | Atty. Ramsey | The jugments; |
| 2 :23:17 PM | Court | The 2 default judgments?; |
| 2 :23:19 PM | Atty. Ramsey | Those were against G&S; |
| 2 :23:21 PM | Court | G&S was served and never gave notice; |
| 2 :23:32 PM | Atty. Ramsey | KYM Industry is not G&S, we had nothing to do with it; |
| 2 :23:34 PM | Court | Then KYM doesn't owe Wilson anything? |
| 2 :23:42 PM | Atty. Ramsey | No sir; |
| 2 :23:45 PM | Court | Discussions as to whether Penn is liable, if they got notice of the original actions;' |
| 2 :24:13 PM | Atty. Ramsey | We have no knowledge of that; |
| 2 :24:22 PM | court | If there is no notice, why is Penn liable under the policies; |
| 2 :24:26 PM | Atty. Ramsey | Response; |
| 2 :24:34 PM | Court | That lawsuit was about fradulent transfers; |
| 2 :24:50 PM | Atty. Taylor | Response to the issues; |
| 2 :25:49 PM | Atty. Morris | Response; |
| 2 :26:57 PM | Court | Discussion as to what happens if the State Court concludes that their were not fraudulent transfer; |
| 2 :27:04 PM | Atty. Morris | Response; |
| 2 :27:13 PM | Court | Addresses main concern ;   court is recessed. |