IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CAS. INS. CO., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:05cv951-CSC (WO) |
| KYM INDUSTRIES, *et al.*, | ) ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered in this case, it is

ORDERED and ADJUDGED as follows:

1.   That the plaintiff's motion for summary judgment be and is hereby GRANTED and it be and is hereby DECLARED that the plaintiff is under no duty to indemnify, defend or pay insurance proceeds to KYM in connection with any lawsuit filed by Wilson in state court.

2.   That this case be and is hereby DISMISSED with prejudice.

3.   That costs be and are hereby TAXED against the defendants for which execution may issue.

Done this 21st day of August, 2006.

                                      /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE